IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**JOSE E. CASTRO QUIRINO,**

Plaintiff-Appellant,

v.                                                                      **No. 29,363**

**FRANK WILSON, et al.,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**Don Maddox, District Judge**

Jose E. Castro Quirino
Clayton, NM

Pro Se Appellant

Rosner & Chavez, LLC
Frank N. Chavez
Las Cruces, NM

for Appellees Trujillo, Wilson, Martinez & Stevens

Marie Mattison
Alamogordo, NM

Pro Se Appellee

**MEMORANDUM OPINION**

**VIGIL, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has

been filed and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**


_____
**CELIA FOY CASTILLO, Judge**


_____
**TIMOTHY L. GARCIA, Judge**